AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JOSUE VELASQUEZ <br><br> *Plaintiff(s)* <br><br> v. <br><br> MUNYAN RESTORATION, WATERPROOFING & PAINTING SERVICE LLC. <br><br> *Defendant(s)* | Civil Action No. **17-CV-14012-Rosenberg/Lynch** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Munyan Restoration, Waterproofing & Painting Service, LLC.
c/o Registered Agent: Hamden Hill Basken
Corporate Center 1
13535 Feather Sound Drive, Suite 200
Clearwater, FL  33762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dennis Card, Jr., Esq. and Darren R. Newhart, Esq.
Consumer Law Organization, P.A.
721 US Highway 1, Suite 201
North Palm Beach Gardens, FL  33408

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **January 10, 2017**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts